AEC:mmh  12/20/2023  1843

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT
## EASTERN DIVISION

| | | |
|---|---|---|
| **RAYMOND STOLTZ**, | ) | CASE NO: **2:23-CV 02013-JLG-CMV** |
| Plaintiff | ) | **JUDGE JAMES L. GRAHAM** |
| v. | ) | |
| **ALLSTATE INSURANCE COMPANY, et al.** | ) | **STIPULATION FOR DISMISSAL** |
| Defendants. | ) | |

We, the attorneys for the respective parties, do hereby stipulate that all claims in the above-captioned matter have been settled and dismissed, with prejudice, and that the Court may enter an order accordingly, notice by the Clerk being hereby waived. Costs to defendant Allstate.

<u>/s/ Cory D. Thompson</u>
Blake R. Maislin, Esq. (0068413)
Cory Douglas Thompson, Esq. (0077967)
*The Law Offices of Blake R. Maislin, LLC*
*Attorneys for Plaintiffs*
2260 Francis Lane
Cincinnati, Ohio  45206
(513) 444-4444 ext. 101 Telephone
(513) 721-5557 Facsimile
<u>blake@maislinlaw.com</u>
<u>cthompson@maislinlaw.com</u>

<u>/s/ Adam E. Carr</u>
Adam E. Carr, Esq. (0062139)
*Carr Law Office, LLC*
*Attorney for Defendant Allstate*
5824 Akron-Cleveland Rd., Ste. A
Hudson, Ohio  44236
(330) 655-1662 Telephone
(330) 653-5469 Facsimile
<u>aecarr@carrlawohio.com</u>
<u>efiling@carrlawohio.com</u>